BARBARA BOURASSA *v.* RICHARD BOURASSA
(11549)

LAVERY, LANDAU and SCHALLER, Js.
Argued April 29—decision released July 6, 1993

*Michael A. D'Amico,* for the appellant (defendant).
*John B. Merola,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

ANNE R. CROMWELL *v.* ROGER J. K. CROMWELL
(11691)

O'CONNELL, LAVERY and HEIMAN, Js.
Argued June 14—decision released July 6, 1993

*Leslie Byelas,* for the appellant (defendant).
*Richard C. Stewart,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.